# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127972

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHESTER EARL MYERS,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127972
COA: 255687
Wayne CC: 92-011593

_____/

     On order of the Court, the application for leave to appeal the January 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024